DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER HALL,**
Appellant,

v.

**WILLIAM P. McNEER, III,** and **SWEEZY INVESTMENTS, LLC,**
a Delaware limited liability company,
Appellees.

No. 4D18-1924

[November 15, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 2013CA001958MB.

John M. Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellant.

Marc S. Dobin of DobinLaw Group, P.A., Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***